Terry Darryl KITCHEN, Jr., Petitioner,

v.

Marion SPEARMAN, Respondent.

No. 14-70299

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted December
12, 2014

Filed January 27, 2017

Paul McCarthy, Attorney, Law Offices of Robert J. Beles, Oakland, CA, Robert Joseph Beles, Oakland, CA, Manisha Daryani, Attorney, Law Offices of Beles & Beles, Oakland, CA, for Petitioner

David Andrew Eldridge, AGCA-Office of the California Attorney General, Sacramento, CA, for Respondent

Before: O'SCANNLAIN, N.R. SMITH, and HURWITZ, Circuit Judges.

## ORDER *

The Application for Leave to File Second or Successive Petition, filed with this court on February 3, 2014, is GRANTED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.